IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Triandos Eugene Crump,<br><br>Plaintiff,<br><br>v.<br><br>Seldon T. Peden,<br><br>Defendant. | Case No. 6:26-cv-02244-SAC<br><br><br><br>**OPINION AND ORDER** |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. ECF No. 11. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Mary Gordon Baker, for pre-trial proceedings. For the reasons stated herein, the Court summarily dismisses this matter without leave to amend.

## BACKGROUND

Plaintiff, a pretrial detainee proceeding *pro se* and *in forma pauperis*, brings this civil action against Greenville County Magistrate Judge Seldon T. Peden alleging violations of his constitutional rights pursuant to 42 U.S.C. §1983. ECF No. 1. Plaintiff alleges he was arrested without "warrants" or a "probable cause/arraignment hearing" for his state offenses. *Id*. at 5-6. Plaintiff further alleges he was deprived of a neutral state magistrate judge and challenges Defendant's actions of both signing his arrest warrants and presiding over his bail proceedings. *Id*. at 4-6, 13-14.

On August 5, 2026, the United States Magistrate Judge issued a Report recommending summary dismissal without prejudice and without leave to amend based on Defendant's absolute judicial immunity for his actions in Plaintiff's state criminal proceedings. ECF No. 11. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the

Report and the serious consequences if he failed to do so. *Id.* at 7. Plaintiff has not filed any objections and the time to do so has lapsed.

**STANDARD OF REVIEW**

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) ("[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation modified)).

**CONCLUSION**

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Plaintiff's Complaint is **DISMISSED** without prejudice and without leave to amend.

**IT IS SO ORDERED**.

United States District Judge

September 23, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.